UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 3:08-cr-210-J-32
    18 U.S.C. § 641

CATHERINE A. WEAVER

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about June 6, 2003, at Naval Air Station Jacksonville, Florida, a place within the special maritime and territorial jurisdiction of the United States, in the Middle District of Florida

CATHERINE A. WEAVER

the defendant herein, did knowingly and willfully embezzle, steal and convert to her own use, monies of the United States and a department and agency thereof, namely, United States currency belonging to the Defense Commissary Agency, of a value less than $1000.00.

In violation of Title 18, United States Code, Section 641.

ROBERT E. O'NEILL
United States Attorney

By: _____
Ronald D. DeSantis
Assistant United States Attorney

By: _____
Frank M. Talbot
Assistant United States Attorney
Deputy Chief, Jacksonville Division