FILED
7/2/08
CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                    CASE NO.   3:08-cr-210(S1)-J-32MCR
                                                                 18 U.S.C. § 13
CATHERINE A. WEAVER                                              F.S. § 832.05(2)

## INFORMATION

The United States Attorney charges:

## COUNT ONE

On or about July 22, 2003, at Naval Air Station Jacksonville, Florida, a

place within the special maritime and territorial jurisdiction of the United States, in the

Middle District of Florida

CATHERINE A. WEAVER

the defendant herein, did unlawfully draw, make, utter, issue and deliver to Defense

Commissary Agency (DeCA) Jacksonville, Florida, a certain check, draft, and other

written order on a bank or depository, for the payment of money or its equivalent,

namely check number 8373, in the amount of One-Hundred Thirty Dollars ($130.00),

drawn upon the account of CATHERINE A. WEAVER, at VyStar Credit Union, while

knowing that the maker or drawer thereof did not have sufficient funds on deposit

in, or credit with the said bank or depository, with which to pay said check upon

presentation.

In violation of Title 18, United States Code, Section 13 and Florida Statute

Section 832.05(2).


ROBERT E. O'NEILL
United States Attorney

By: _____
Ronald D. DeSantis
Assistant United States Attorney


By: _____
Frank M. Talbot
Assistant United States Attorney
Deputy Chief, Jacksonville Division